UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUSTAVO MORALES MORALES,

Petitioner,

v.

JEH JOHNSON, et al.,

Respondents.

NO. C14-1064-MJP-JPD

REPORT AND RECOMMENDATION

Petitioner Gustavo Morales Morales, a native and citizen of Mexico, was previously detained by U.S. Immigration and Customs Enforcement at the Northwest Detention Center under a reinstated order of removal. *See* Dkt. 1. Through counsel, petitioner filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2241, seeking a bond hearing or release from detention. *Id.*

On October 15, 2014, an Immigration Judge granted petitioner release on bond, and the Department of Homeland Security waived appeal. Dkt. 15. On October 17, 2014, the parties filed a joint stipulation of dismissal. *Id.* The parties stipulate that petitioner's request for a bond hearing is moot and petitioner withdraws his alternate request for release. *Id.* The parties further stipulate that each shall bear their own costs and fees. *Id.*

REPORT AND RECOMMENDATION - 1

1    Based on the parties' stipulation, the Court recommends entering an Order (1) granting
2 the parties' joint stipulation, Dkt. 15; (2) denying as moot respondents' motion to dismiss, Dkt.
3 9; and (3) voluntarily dismissing this matter without prejudice and without costs or fees to either
4 party. A proposed Order accompanies this Report and Recommendation.

5    The Clerk should note the matter for October 20, 2014, as ready for the Honorable
6 Marsha J. Pechman's consideration.

7    DATED this 20th day of October, 2014.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2