UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUSTVAO MORALES MORALES,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JEH JOHNSON, et al.,<br><br>　　　　　　Respondents. | NO. C14-1064-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The Court GRANTS the parties' joint stipulation of dismissal.  Dkt. 15.

3. The Court DENIES as moot respondents' motion to dismiss.  Dkt. 9.

4. This matter is voluntarily DISMISSED without prejudice and without costs or fees to either party.

\\
\\
\\

ORDER OF DISMISSAL- 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 20th day of October, 2014.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 2